UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Timothy Dupont</u>

    v.                    Case No. 11-cv-156-SM

<u>NH State Adult Parole</u>
<u>Board, et al.</u>


<u>ORDER</u>

    Re: Document No. 7, MOTION to Request a Stay on Rule Fed. R. Civ. P. 72(b)(2)

    Ruling:   Granted in part, denied in part.  The court construes the motion to stay as a request for a 30-day extension of time to file an objection to the Report and Recommendation.  So construed, the court grants the request.  Mr. Dupont's objection shall be filed on or before February 3, 2012.  To the extent Mr. DuPont's motion requests additional relief, it is denied.


Date:  December 30, 2011          /s/ Landya B. McCafferty
                                                Landya B. McCafferty
                                                US Magistrate Judge

cc:   Timothy Dupont, pro se