UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Timothy Dupont</u>

       v.                                                 Case No. 11-cv-156-SM

<u>NH State Adult Parole Board, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 19, 2011, for the reasons set forth therein.   Plaintiff's Petition for Writ of Habeas Corpus is hereby dismissed.

Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.   <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

      SO ORDERED.

February 8, 2012                                  /s/ Steven J. McAuliffe
                                                     Steven J. McAuliffe
                                                     United States District Judge

cc:     Tmothy Dupont, pro se